# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CA52 | E2247148 | XIONS | SOLO |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense (mm/dd/yyyy):** 4/26/2025 1147 HRS
**Offense Charged:** ☒ CFR ☐ USC ☐ State Code: 38 CFR 1.218(b)(11)
**Place of Offense:** 6505 S. MANTHEY RD., FRENCH CAMP, CA 95231
**Offense Description: Factual Basis for Charge:** DISORDERLY CONDUCT
HAZMAT ☐

### DEFENDANT INFORMATION
**Last Name:** LUMPKIN
**First Name:** MATTHEW
**M.I.:** L

### APPEARANCE IS REQUIRED
A ☐ If Box A is checked, you must appear in court. See instructions.

### APPEARANCE IS OPTIONAL
B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$250.60 Forfeiture Amount
+ $30 Processing Fee
$280.00 Total Collateral Due

**PAY THIS AMOUNT AT** → www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date | Time |
|---|---|---|

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

**X Defendant Signature:** Matt X

Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 02/26/, 20 25 while exercising my duties as a law enforcement officer in the EASTERN District of CALIFORNIA

SEE PROBABLE CAUSE STATEMENT.

The foregoing statement is based upon:
☒ my personal observation ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

**Executed on:** 02/26/2025
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

**Executed on:** _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident